UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION
01-CV-801 (JMR/SRN)

| | | |
|---|---|---|
| International Game Technology, et al. | ) | |
| v. | ) | ORDER |
| Shuffle Master Inc. | ) | |

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 30 days.

Dated: June 4, 2001

JAMES M. ROSENBAUM
United States District Judge

JUN 4 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK